# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TUPOU NETANE,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA F/K/A/ WORLD SAVINGS BANK, FSB; THE BANK OF NEW YORK AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 30 TRUST; AND DOES THROUGH 100,<br><br>  Defendants. | Case No. 13-cv-04344 NC<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff's counsel and counsel for Defendant Wells Fargo shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than October 25, 2013.

Plaintiff's counsel and counsel for Defendant Wells Fargo shall be prepared to discuss the following subjects:

  (1)   Identification and description of claims and alleged defects in loan documents.

Case No. 13-cv-04344 NC
ORDER REFERRING CASE TO ADR
UNIT

    (2)    Prospects for loan modification.

    (3)    Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiff's counsel shall do the following:

    (1)    Review relevant loan documents and investigate the claims to determine whether they have merit.

    (2)    If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiff's counsel shall immediately notify counsel for Defendant Wells Fargo of the request for a loan modification.

    (3)    Provide counsel for Defendant Wells Fargo with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

    (4)    Arrange for Plaintiff to participate in the telephone conference.

In preparation for the telephone conference, counsel for Defendant Wells Fargo shall do the following:

    (1)    If Wells Fargo is unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendant Wells Fargo shall promptly notify Plaintiff's counsel to that effect.

    (2)    Arrange for a representative of Defendant Wells Fargo with full settlement authority to participate in the telephone conference.

//

The ADR Unit will notify the parties of the date and time the telephone conference will be held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

IT IS SO ORDERED.

Date: September 24, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge